UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John E. Sutcliffe, #350197,<br>        Plaintiff,<br><br>vs.<br><br>Judge Timothy Cain,<br>Judge Paige Gossett,<br>Judge R.B.H. in Case 8:14-cv-3555,<br>Warden McFadden,<br>S.C. Supreme Court,<br>All Defendants Listed in Case 0:16-cv-992,<br>All Defendants Listed Within the (170) Page Complaint Dated May 18, 2016 They Blocked Being Assigned a Case Number,<br>The United States,<br>193 Member States of the United Nations,<br>All States and U.S. Territories That Allow Same-Sex Marriage,<br>Judge Benjamin Lee,<br>        Defendants. | C/A No. 4:16-cv-2939-MBS-TER<br><br>ORDER |

    This was a civil action filed by John Sutcliffe, proceeding *pro se*. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. This case is not in proper form and is subject to dismissal as moot, as notice of Plaintiff's death has been received and Plaintiff's claims do not survive his death as more fully discussed in the attached Report and Recommendation.

**TO THE CLERK OF COURT**:

    This case is subject to dismissal. Therefore, the Clerk of Court shall ***not*** issue any summonses nor shall the Clerk of Court forward this matter to the United States Marshal for service of process at this time. The Clerk of Court shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an attorney admitted to practice before this court who has entered a formal appearance.

    **IT IS SO ORDERED**.

                              s/ Thomas E. Rogers, III
October 20, 2016                Thomas E. Rogers, III
Florence, South Carolina           United States Magistrate Judge